UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,　　　　　　　　Case No. 2:22-cr-1-05

　　　　　Plaintiff,　　　　　　　　　　　　　　Hon. Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge
v.

ELIZABETH JEAN DECOTA,

　　　　　Defendant.
_____/

## REPORT AND RECOMMENDATION

　　　　Pursuant to W.D. Mich. LCrR 11.1, I conducted a plea hearing in this case on December 16 2022, after receiving the written consent of Defendant and all counsel. At the hearing, Defendant Elizabeth Jean Decota entered a plea of guilty to Count 1 of the Indictment which charges her with conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C), in exchange for the promises made by the Government in a plea agreement.

　　　　On the basis of the record made at the hearing, I find:

1. that Defendant is fully capable and competent to enter an informed plea;

2. that the plea is made knowingly and with full understanding of each of the rights waived by Defendant;

3. that Defendant's guilty plea is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement;

4. that the Defendant understands the nature of the charge and penalties provided by law; and

5. that the plea has a sufficient basis in fact.

I therefore recommend that Defendant's plea of guilty be accepted, that the court adjudicate Defendant guilty, and that the written plea agreement be considered for acceptance at the time of sentencing.

Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.


Date:   December 16, 2022            /s/ *Maarten Vermaat*
                                     MAARTEN VERMAAT
                                     UNITED STATES MAGISTRATE JUDGE


**NOTICE TO PARTIES**

You have the right to *de novo* review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. Mich. LCrR 11.1